UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VINTAGE ASSETS INC.**                                    **CIVIL ACTION**

**VERSUS**                                                          **NO: 16-713**

**TENNESSEE GAS PIPELINE CO. ET AL.**          **SECTION: "H"**

## ORDER

Before the Court is Defendants' Motion for Partial Summary Judgment on Claims on Tort Damages (Doc. 113). This Court previously dismissed Plaintiffs' tort claims.

Accordingly;

**IT IS ORDERED** that Defendants' Motion for Partial Summary Judgment on Tort Damages is **DENIED AS MOOT**.

New Orleans, Louisiana, on this 22nd day of August, 2017.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**