UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VINTAGE ASSETS INC.**                          **CIVIL ACTION**

**VERSUS**                                        **NO: 16-713**

**TENNESSEE GAS PIPELINE CO. ET AL.**             **SECTION: "H"**

### JUDGMENT

For the reasons issued on August 22, 2017 (Doc. 218), Plaintiffs' negligence and tort claims are **DISMISSED WITH PREJUDICE**, and Plaintiffs' claims for breach of the August 1957 and July 1958 contracts are **DISMISSED WITH PREJUDICE**.

For the reasons issued on May 4, 2018;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Plaintiffs Vintage Assets, Inc., the Mercedes Perez Mack Exempt Trust, Anne Perez Inabnett, Renee Perez Sachs, Arthur S Huey IV, Susan Perez Magee, Jacque Perez de La Vergne, John R. Perez III, Suzanne de La Vergne McIntosh, and Joan Elizabeth Heather Huey and against Defendants Tennessee Gas Pipeline Company, L.L.C., Southern

Natural Gas Company, L.L.C., High Point Gas Transmission, L.L.C., and High Point Gas Gathering, L.L.C., on all remaining claims.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Plaintiffs Vintage Assets, Inc., the Mercedes Perez Mack Exempt Trust, Anne Perez Inabnett, Renee Perez Sachs, Arthur S Huey IV, Susan Perez Magee, Jacque Perez de La Vergne, John R. Perez III, Suzanne de La Vergne McIntosh, and Joan Elizabeth Heather Huey, in shares equal to their ownership of the Subject Property, and against Defendants Tennessee Gas Pipeline Company, L.L.C., Southern Natural Gas Company, L.L.C., High Point Gas Transmission, L.L.C. in the amount of $262.00.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Plaintiffs Vintage Assets, Inc., the Mercedes Perez Mack Exempt Trust, Anne Perez Inabnett, Renee Perez Sachs, Arthur S Huey IV, Susan Perez Magee, Jacque Perez de La Vergne, John R. Perez III, Suzanne de La Vergne McIntosh, and Joan Elizabeth Heather Huey, in shares equal to their ownership of the Subject Property, and against Defendants Southern Natural Gas Company, L.L.C., and High Point Gas Gathering, L.L.C. in the amount of $720.00.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Plaintiffs Vintage Assets, Inc., the Mercedes Perez Mack Exempt Trust, Anne Perez Inabnett, Renee Perez Sachs, Arthur S Huey IV, Susan Perez Magee, Jacque Perez de La Vergne, John R. Perez III, Suzanne de La Vergne McIntosh, and Joan Elizabeth Heather Huey, in shares equal to their ownership of the Subject Property, and against Defendants Southern Natural Gas Company, L.L.C. and High Point Gas Transmission, L.L.C. in the amount of $122.00.

New Orleans, Louisiana this 4th day of May, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**