UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VINTAGE ASSETS, INC., et al.,** | CIVIL ACTION |
| Plaintiffs | NO. 2:16-cv-00713 |
| v. | SECTION H |
| **TENNESSEE GAS PIPELINE COMPANY, L.L.C., et al.,** | JUDGE JANE TRICHE MILAZZO |
| Defendants | MAGISTRATE JUDGE MICHAEL B. NORTH |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants Tennessee Gas Pipeline Company, L.L.C., Southern Natural Gas Company, L.L.C., High Point Gas Transmission, L.L.C., and High Point Gas Gathering, L.L.C. hereby appeal to the United States Court of Appeal for the Fifth Circuit from the Permanent Injunction entered into this action on May 4, 2018 (Doc. 288) and the Final Judgment entered into this action on May 4, 2018 (Doc. 289), which includes an appeal from all prior orders including, without limitation, the Findings of Fact and Conclusions of Law dated May 4, 2018 (Doc. 287), the Order and Reasons dated August 22, 2017 (Doc. 218), and the Order and Reasons dated August 28, 2017 (Doc. 225).

RESPECTFULLY SUBMITTED, this 1st day of June, 2018.

1

15354812_1

/s/ Richard D. McConnell, Jr.
Richard D. McConnell, Jr., (#29973)
Esteban Herrera, Jr., (#20859)
Jeffrey N. Boudreaux, (#26810)
Tara M. Madison, (#29354)
Samuel O. Lumpkin, (#35213)
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133
richard.mcconnell@keanmiller.com
esteban.herrera@keanmiller.com
jeffrey.boudreaux@keanmiller.com
tara.madison@keanmiller.com
sam.lumpkin@keanmiller.com

-and-

Michael R. Phillips, (#21020)
Claire E. Juneau, (#33209)
Tyler Moore Kostal, (#33289)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
Telephone:  (504) 585-3050
Facsimile:  (504) 585-3051
mike.phillips@keanmiller.com
claire.juneau@keanmiller.com
tyler.kostal@keanmiller.com

***Attorneys for Defendants Tennessee Gas Pipeline Company, L.L.C., Southern Natural Gas Company, L.L.C., High Point Gas Transmission, L.L.C., and High Point Gas Gathering, L.L.C.***

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which in turn sent notice of this filing to all counsel of record registered to receive electronic service.

    Baton Rouge, Louisiana, this 1st day of June, 2018.

                                       /s/ Richard D. McConnell, Jr.
                                       Richard D. McConnell, Jr., (#29973)

15354812_1