UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VINTAGE ASSETS, INC., ET AL.,** | * CIVIL ACTION NO. 2:16-cv-00713 |
| | * |
| **Plaintiffs,** | * SECTION H |
| | * |
| versus | * |
| | * JUDGE JANE TRICHE MILAZZO |
| **TENNESSEE GAS PIPELINE** | * |
| **COMPANY, L.L.C. & SOUTHERN** | * |
| **NATURAL GAS COMPANY, L.L.C.** | * MAGISTRATE JUDGE MICHAEL |
| | * NORTH |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion for Costs and Fees Related to Remand filed by Plaintiffs Vintage Assets, Inc., ("Vintage"), Jacques Perez de La Vergne, Suzanne de La Vergne McIntosh, Anne Perez Inabnett, Susan Perez Magee, Joan Elizabeth Heather Huey, John R. Perez, III, Arthur S. Huey, IV, Renee Perez Sachs, and Mercedes Perez Mack Exempt Trust,

IT IS HEREBY ORDERED that the Motion if GRANTED. Plaintiffs may file their Reply Memorandum in Support of Motion for Costs and Fees Related to Remand. It is further ordered that Plaintiffs' Reply be entered into the record.

New Orleans, Louisiana, this ___ day of October, 2018.

_____
U.S. District Judge